[No. 19760–6–I.   Division One.   April 25, 1988.]

CONTINENTAL TRAFFIC CONTROL, INC., ET AL, *Appellants, v.* RONALD J. CLAXTON, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 85–2–04899–5, Gerald L. Knight, J., entered December 22, 1986. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Webster and Pekelis, JJ.

[No. 16784–7–I.   Division One.   April 25, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. JANICE PATRICIA AGUILAR, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–00348–5, George T. Mattson, J., entered June 25, 1985. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Swanson and Williams, JJ.

[No. 21135–8–I.   Division One.   April 25, 1988.]

HARRIET M. GOULD, *Appellant,* v. DONALD T. REAY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 79–2–00202–0, Lloyd W. Bever, J., entered September 22, 1986. *Affirmed* by unpublished opinion per Webster, J., concurred in by Scholfield, C.J., and Grosse, J.